UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG TROUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>S. GUNDERSON, et al.,<br><br>    Defendants. | No. 2:16-cv-1272-JAM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his objections to the court's November 15, 2018 findings and recommendations.

Plaintiff's request (ECF No. 18) is granted and plaintiff has 30 days from the date this order is served to file his objections.

So ordered.

Dated: December 4, 2018.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE